# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAREEN W. KAHEAKU,
               Appellant,

vs.

ADAM SAKRI,
               Respondent.

No. 69587

**FILED**

FEB 0 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal in a marriage dissolution and custody action. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, we are unable to discern whether this court has jurisdiction to consider the instant appeal because appellant fails to identify any appealable order. Moreover, it appears from the district court docket entries and minutes that discovery is ongoing and that the trial has been continued. Accordingly, it appears that no final judgment has been entered. A notice of appeal filed before entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-03316

cc:    Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Shareen W. Kaheaku
Adam Sakri
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A